UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION


JED ALAN GRAHAM, M.D.,


    Plaintiff,


v.                Case No. 5:26-cv-00054-AGM-PRL


PNC BANK, N.A.; ACOPIA, LLC;

and FEDERAL NATIONAL MORTGAGE

ASSOCIATION,


    Defendants.

_____/


UNOPPOSED MOTION FOR AUTHORIZATION

TO FILE ELECTRONICALLY VIA CM/ECF


    Plaintiff, Jed Alan Graham, M.D., proceeding pro se, respectfully moves this Court for authorization to file documents electronically through the Court's Case Management/Electronic Case Filing (CM/ECF) system pursuant to the Administrative Procedures for Electronic Filing of the United States District Court for the Middle District of Florida. In support, Plaintiff states:

1.  Plaintiff is a pro se litigant in the above-captioned action. He is currently receiving filings by paper mail at his address of record, 6234 Danielson Loop, The Villages, Florida 32163.

2.  The Court's Administrative Procedures for Electronic Filing provide that a pro se litigant may be authorized by the presiding judge to file electronically. Upon authorization, the pro se litigant registers for CM/ECF in the same manner as an attorney.

3.  Electronic filing authorization would serve the efficient administration of this case. Paper filing and service by mail impose delays of several days on each filing and response cycle. Electronic filing would enable Plaintiff to receive real-time notice of filings by Defendants and to make timely filings without the delays inherent in paper processing.

4.  Plaintiff has a PACER account, has access to a computer and internet connection, and is capable of converting documents to PDF format for electronic filing. Plaintiff will comply with all provisions of the Administrative Procedures for Electronic Filing, including the privacy requirements of Federal Rule of Civil Procedure 5.2.

5.  Defendants, through counsel, do not object to this Motion.

    WHEREFORE, Plaintiff respectfully requests that this Court enter an order authorizing Plaintiff to register for and file documents electronically through CM/ECF in this action.

LOCAL RULE 3.01(g) CERTIFICATION

    Pursuant to Local Rule 3.01(g), Plaintiff certifies that prior to filing this Motion, he conferred with counsel for Defendant PNC Bank, N.A., Lauren G. Raines, Esq., of Bradley Arant Boult Cummings LLP. Defendant PNC Bank does not object to this Motion. Acopia, LLC and Fannie Mae have not yet appeared in this action.

Respectfully submitted,

Jed Alan Graham, M.D.

Plaintiff, Pro Se

6234 Danielson Loop

The Villages, Florida 32163

Telephone: (864) 993-1984

Email: jedgrahammd@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _Feb 17_, 2026, a true and correct copy of the foregoing was served by U.S. Mail, first class postage prepaid, upon:

Lauren G. Raines, Esq.

Jessica Noelle Faucher, Esq.

Bradley Arant Boult Cummings LLP

1001 Water Street, Suite 1000

Tampa, Florida 33602

Jed Alan Graham, M.D.