**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JED GRAHAM,**

      **Plaintiff,**

    **v.**

**PNC BANK, NATIONAL**
**ASSOCIATION,  ACOPIA, LLC,**
**SALLIE MAE, INC.,  ANY AND ALL**
**SUCCESSOR ENTITIES, SERVICERS,**
**ASSIGNEES, OR TRANSFEREES,**

      **Defendants,**

_____/

**Case No.: 5:26-cv-00054-AGM-PRL**

**ORDER**

This removal action comes before the Court on pro se Plaintiff's motion for leave to use the Case Management/Electronic Filing System ("CM/ECF"). (Doc. 13).

Pursuant to the Court's Administrative Procedures for Electronic Filing, "[a]bsent a court order, a pro se litigant is not permitted to file documents in CM/ECF." *See* Administrative Procedures for Electronic Filing (Aug. 1, 2025) for the United States District Court, Middle District of Florida. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *See Huminski v. Vermont*, No. 2:13-cv-692-FTM-29, 2014 WL 169848, at *4 (M.D. Fla. Jan. 15, 2014); *McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (per curiam) (affirming denial of CM/ECF access for pro se litigant because there was "no good cause under the circumstances of the case to authorize his access"). Here, Plaintiff has

not offered a compelling reason as to why he should be permitted to access and file documents in CM/ECF. Accordingly, the motion for electronic filing (Doc. 13) is due to be **denied.**

As a pro se party, however, Plaintiff can receive electronic notices of filing by email, monitor the docket via PACER,[1] and submit filings in person, by U.S. Mail, or by other delivery service. That said, "the Court in its discretion may grant a pro se party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). Here, the Court finds it appropriate to exercise such discretion. *See id*. (authorizing electronic notification of filings for a pro se litigant via email); *Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *2 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents on pro se party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Thus, the Court will permit Plaintiff to receive electronic notifications of filing via email.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion for electronic filing via CM/ECF (Doc. 13) is **DENIED.**

(2) The Clerk is directed to add Plaintiff's email address as provided in the motion (Doc. 13) to the docket and send all future notices of electronic filing to the email address.

(1) Plaintiff is responsible for notifying the Clerk of any changes to email address(es). Plaintiff is advised to frequently check email, as some filings may be time sensitive.

---

[1] "Any member of the public can access electronic records of the federal courts by registering online with PACER." *See Rothschild v. Anywhere Advisors LLC*, No. 2:24-cv-304-SPC-KCD, 2024 WL 2749245, at *1 (M.D. Fla. May 29, 2024). The Court's "Guide for Proceeding Without a Lawyer" provides instructions on how to register for PACER (http://www.flmd.uscourts.gov/pro_se/default.htm).

The notices of electronic filing will contain a hyperlink that allows the Plaintiff to view the document for the first time for free. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. An individual must access PACER to view a document after the hyperlink has expired. The Court's Guide for Proceeding Without a Lawyer provides instructions on how to register for PACER on page 13.[2] Please note that when the Court allows a pro se litigant to receive notices of filing by email, the Clerk's office no longer mails paper copies. As a result, Plaintiff is cautioned that, after this Order, he will no longer receive court documents by U.S. mail.

**DONE** and **ORDERED** in Ocala, Florida on March 2, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties

---

[2] The Court's Guide for Proceeding Without a Lawyer can be accessed on the Court's website at http://www.flmd.uscourts.gov/pro_se/default.htm.