**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JED GRAHAM,**

        **Plaintiff,**

    **v.**

**PNC BANK, NATIONAL**
**ASSOCIATION,  ACOPIA, LLC,**
**SALLIE MAE, INC.,  ANY AND ALL**
**SUCCESSOR ENTITIES, SERVICERS,**
**ASSIGNEES, OR TRANSFEREES,**

        **Defendants,**

_____/

**Case No.: 5:26-cv-00054-AGM-PRL**

**ORDER**

This removal action comes before the Court on pro se Plaintiff's unopposed motion for an extension of time to file response to Defendant Acopia, LLC's motion to dismiss. (Doc. 20). Plaintiff recites that Defendant Acopia has agreed to a five-day extension of the response deadline, extending the deadline until March 11, 2026.

Accordingly, upon due consideration, Plaintiff's motion (Doc. 20) is **GRANTED**, and Plaintiff shall have until March 11, 2026, to reply to Defendant Acopia, LLC's motion to dismiss.

**DONE** and **ORDERED** in Ocala, Florida on March 6, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties