UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JED GRAHAM,

           Plaintiff,                                       Case No.: 5:26-cv-00054-AGM-PRL

        v.

PNC BANK, NATIONAL
ASSOCIATION,  ACOPIA, LLC,
SALLIE MAE, INC.,  ANY AND ALL
SUCCESSOR ENTITIES, SERVICERS,
ASSIGNEES, OR TRANSFEREES,

           Defendants,

_____/

**ORDER**

This removal action comes before the Court on pro se Plaintiff's motion to file a second amended complaint. (Doc. 25). Plaintiff's motion recites that Defendant PNC Bank does not oppose the proposed amendment, and that Plaintiff was unable to confer with proposed defendant Fannie Mae. Meanwhile, no objection to Plaintiff's motion to file a second amended complaint has been filed.

Accordingly, upon due consideration, Plaintiff's motion (Doc. 25) is **GRANTED**. Within 10 days of the entry date of this Order, Plaintiff is directed to submit his proposed second amended complaint to the Clerk for filing on the docket. The second amended complaint will then be the operative complaint in this case. Plaintiff is advised that no further amendments to the complaint will be granted absent extremely compelling circumstances.

Further, Plaintiff is cautioned that despite proceeding pro se, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website (http:w.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

**DONE** and **ORDERED** in Ocala, Florida on April 3, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties