**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JED ALAN GRAHAM, M.D.

       Plaintiff,

Case No.: 5:26-cv-00054-AGM-PRL

v.

PNC BANK, NATIONAL
ASSOCIATION; ACOPIA, LLC; and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"),

       Defendants.

_____/

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND**
**AMENDED VERIFIED COMPLAINT**

Defendant, PNC Bank, National Association ("**PNC**"), pursuant to rule

6(b)(1)(A), Federal Rules of Civil Procedure, and Local Rule 3.01, moves this

Honorable Court for an extension of time to respond to Plaintiff, Jed Alan Graham,

M.D.'s Second Amended Verified Complaint [Doc. 33], and in support thereof states

as follows:

1.     On December 11, 2025, Plaintiff filed his original Verified Complaint

in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida

(the "**State Court Case**").

2.     On December 16, 2025, Plaintiff filed his Amended Verified Complaint

(the "**First Amended Complaint**") in the State Court Case.

1

3. On January 22, 2026, PNC removed this action to this Court. [Doc. 1.]

4. On March 11, 2026, Plaintiff filed his Motion for Leave to File Second Amended Complaint ("**Motion for Leave**"), which *inter alia*, sought to correct a party identification error to name Federal National Mortgage Association ("**Fannie Mae**") instead of "Sallie Mae, Inc." as a Defendant, and to add supporting facts to Plaintiff's allegations. [Doc. 25]. PNC did not oppose Plaintiff's Motion for Leave.

5. On April 6, 2026, this Court granted Plaintiff's Motion for Leave and directed Plaintiff to submit his proposed second amended complaint to the Clerk for filing on the docket. [Doc. 26].

6. On April 8, 2026, Plaintiff filed his Second Amended Verified Complaint and Summons was issued to Fannie Mae. [Doc. 33, 34].

7. Undersigned counsel has been authorized to represent Fannie Mae, in addition to PNC.

8. PNC's current deadline to respond to the Second Amended Verified Complaint is April 22, 2026.

9. Undersigned counsel intends to file a joint response on behalf of both Defendants, PNC and Fannie Mae. Accordingly, to diligently investigate Plaintiff's claims and formulate a response as to both Defendants PNC and Fannie Mae, PNC requests a two-week extension of time to respond to the Second Amended Verified Complaint.

10. Therefore, PNC respectfully requests an extension of time to respond to the Second Amended Verified Complaint until May 6, 2026.

11. This request is made in good faith, not made for the purposes of delay, and it will not prejudice any party.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), on April 9, 2026, counsel for PNC conferred in good faith with Plaintiff regarding the relief sought in this motion and Plaintiff originally agreed to the requested extension. However, on April 17, 2026, Plaintiff sent an email to undersigned counsel purportedly rescinding his agreement and conditioning same on written production of information by PNC.

WHEREFORE, PNC respectfully requests this Honorable Court grant the instant Motion, enter an Order extending PNC's deadline to respond to the Second Amended Verified Complaint until May 6, 2026, and grant such other and further relief as is just and appropriate.

Dated: April 17, 2026                              Respectfully Submitted:

                                                   */s/ Lauren G. Raines*
                                                   **Lauren G. Raines | FBN: 11896**
                                                   Primary Email: lraines@bradley.com
                                                   Secondary Email: jbrandt@bradley.com
                                                   **Jessica Noelle Faucher | FBN: 1070452**
                                                   Primary Email: jfaucher@bradley.com
                                                   Secondary Email: mphilippe@bradley.com
                                                   **BRADLEY ARANT BOULT CUMMINGS LLP**
                                                   1001 Water Street, Suite 1000
                                                   Tampa, Florida 33602-5468

3

T: (813) 559-5500 | F: (813) 229-5946
*Counsel for Defendants, PNC Bank,*
*National Association and Federal National*
*Mortgage Association ("Fannie Mae")*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2026, a true and correct copy of the foregoing was filed via PACER Federal Court Filing System, which will generate and send an electronic copy to all counsel of record, and by E-Mail to the recipients listed below:

**Via: E-mail**
Jed Graham
6234 Danielson Loop
The Villages, Florida 32163
jedgrahammd@gmail.com

/s/ Lauren G. Raines
**ATTORNEY**