# EXHIBIT A

**⊘ PNC BANK**  PNC Bank
P.O. Box 1820
Dayton, OH 45401-1820

JED ALAN GRAHAM



# Your mortgage is transferring to PNC Bank

## Welcome to PNC Bank, Jed Alan Graham

We're happy to be your new mortgage servicing partner. As an award-winning, national lender and servicer of residential mortgage loans, we are committed to providing exceptional customer service. We want to make this a smooth and easy transition by sharing what you can expect from the mortgage transfer process and guiding you through the next steps.

## What's in this package?



### Notice of Servicing Transfer
This is the official legal notice informing you that your mortgage loan is transferring to PNC. It includes your new account number, so keep it handy.



### Mortgage Transfer Checklist
**This guide walks you through the mortgage transfer process,** including key steps like making your first payment to PNC.



### Automated Payment Information
**It is important that you immediately sign and return the enclosed Automated Payment Authorization Form or complete it electronically on the PNC Home Loan Transfer Portal.** PNC will continue automatically drafting your loan payments (as was previously performed by Acopia, LLC) for a period of time after transfer. If we do not receive the enclosed form, PNC will notify you if we are unable to continue your automated payments at which time you will need to make alternate payment arrangements.



### Privacy Policy
This document outlines what personal information we collect, how we protect it and why we sometimes share it.

**For more than 150 years, PNC has been committed to providing great service and powerful financial expertise to help customers like you meet their financial goals.** We're here to answer any questions. For more information visit **pnc.com/mortgagetransfer** or call **1-800-822-5626**.

Sincerely,

**Your PNC Bank Mortgage Transfer Team**

PNC is a registered service mark of The PNC Financial Services Group, Inc. ("PNC"). All loans are provided by PNC Bank, National Association, a subsidiary of PNC, and are subject to credit approval and property appraisal.



LENDER  ©2024 The PNC Financial Services Group, Inc. All rights reserved.
PNC Bank, National Association. **Member FDIC**

0-749-10962-0000599-001-3-000-010-000-000

 **PNC BANK**
PNC Bank
P.O. Box 1820
Dayton, OH  45401-1820

**Customer Service Contact Information**
PNC Bank
P.O. Box 1820
Dayton, Ohio 45401-1820
1-800-822-5626

JED ALAN GRAHAM ▬▬▬▬

Loan Number: ▬▬▬▬2046
Date: December 18, 2024
Page 1 of 2

 **Notice of Servicing Transfer for:** ▬▬▬▬▬▬▬▬

Dear Jed Alan Graham

**The servicing of your mortgage is being transferred, effective January 1, 2025.** This means that after this date, a new servicer will be collecting your mortgage payments from you. Nothing else about your mortgage will change.

Acopia, LLC is now collecting your payments. Acopia, LLC will stop accepting payments received from you after December 31, 2024.

PNC Bank, National Association (PNC Bank) will collect your payments going forward. PNC Bank will start accepting payments received from you on January 1, 2025.

**Send all payments due on or after January 1, 2025 to PNC Bank at this address:**

> **PNC Bank**
> **Attn: PNC Loan Payments**
> **PO Box 771021**
> **Chicago, IL 60677**

Important Note about Automated Payment Drafting: Please ensure funds are available in your checking or savings account on your due date as PNC Bank will only attempt one automatic deduction from this account.   Enclosed are the PNC Bank terms and conditions for Automated Payment drafting, including instructions on how to cancel this service once your loan has transferred to PNC, if you would so desire.

---

To request information or notify us of an error regarding your account, please send a written request/notice to:
PNC Bank; PO Box 8807; Dayton, OH 45401-8807

**Page 2**                                                                          **December 18, 2024**

If you have any questions for either your present servicer, Acopia, LLC or your new servicer, PNC Bank, about your mortgage or this transfer, please contact them using the information below:

**Current Servicer: Through (December 31, 2024)**
Acopia, LLC
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
855-447-7210

Hours of Operation: Monday - Friday, 8:30 a.m-5:30 p.m CT

**New Servicer: On or After (January 1, 2025)**
PNC Bank
Customer Service
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626
Please have your new account number available.

If you have questions or need assistance, please call us at 1-800-822-5626. Representatives are available Monday through Friday, 8 a.m. to 9 p.m. ET and Saturday through Sunday, 8 a.m. to 5 p.m. ET.
Visit us online at: www.pnc.com/MortgageTransfer for Mortgage or www.pnc.com/WelcomeToPNC for Home Equity.

Other important information you need to know:

To assert an error or to request information regarding your account, you must submit the notice of error or request for information in writing to the following address:

PNC Bank
P.O. Box 8807
Dayton, OH 45401-8807

Please include your name, loan number, along with a description of the information requested or the potential error that you believe occurred.

Please note that, while servicing the loan, we may call, text or email you.

Important Note about Optional Insurance

If you have mortgage life, disability, or any other type of optional insurance through your mortgage, the transfer of servicing rights may affect your insurance in the following way: This service will be discontinued. You should do the following to maintain coverage: Contact the insurance provider to inquire about direct billing to you.

You can verify your homeowners insurance information, including insurance disbursement information, as well as other loan information on the mycoverageinfo.com/pnc website. If you have further questions about your homeowners insurance, please call PNC Bank's Mortgage Homeowners Insurance Processing Center at 888-229-5429. We appreciate you and your business.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Sincerely,

PNC Bank, National Association
AT021

REPRESENTATION OF PRINTED DOCUMENT 719-10962-0000599-001-5-000-010-000-000

 **PNC BANK**

# Your Mortgage Transfer Checklist

Stay on track during your mortgage transfer with this handy guide that will help you remember important dates and milestones. The **checked boxes** represent items **PNC has already taken care of.** The **unchecked boxes** let you know what **additional action you need to take.**

 Track your mortgage transfer progress at pnc.com/mortgagetransfer with our **PNC Home Loan Transfer Portal.**

## Automated Mortgage Payments

**When will my automated payments occur?**

✓ **Good news – the date your automated payments are made won't change with the transfer of your mortgage to PNC.** It is possible that your first automated payment to PNC may be delayed by up to seven business days, **but you will not be charged a late fee for this one-time payment delay and it will not be reported to the credit bureaus.**

**What do I need to do?**

○ **It is important that you immediately sign and return the enclosed Automated Payment Authorization Form or complete it electronically on the PNC Home Loan Transfer Portal.** PNC will continue automatically drafting your loan payments (as was previously performed by Acopia, LLC) for a period of time after transfer. If we do not receive the enclosed form, PNC will notify you if we are unable to continue your automated payments at which time you will need to make alternate payment arrangements.

##  PNC Online Banking

**When can I enroll in PNC Online Banking?**

○ **On January 1, 2025, you can visit pnc.com/olb to enroll. Please note, your loan information will be available in PNC Online Banking[1] starting January 8, 2025.**

**What's the benefit of enrolling?**

✓ We encourage you to enroll in PNC Online Banking, which allows you to securely track and schedule payments, set up alerts, access escrow and year-end tax statements – even go paperless.

##  Escrow

**What happens to my escrow account?**

✓ If you have an escrow established for taxes and/or insurance, as your mortgage servicer, PNC will take over managing it on your behalf. We'll keep you up to date on any changes to your escrow account.

1 Online Banking is free to customers with an eligible account; however, there may be a fee for certain optional services. We reserve the right to decline or revoke access to Online Banking or any of its services. All Online Banking services are subject to and conditional upon adherence to the terms and conditions of the PNC Online Banking Service Agreement.

PNC is a registered service mark of The PNC Financial Services Group, Inc. ("PNC"). All loans are provided by PNC Bank, National Association, a subsidiary of PNC, and are subject to credit approval and property appraisal.

©2024 The PNC Financial Services Group, Inc. All rights reserved.
PNC Bank, National Association. **Member FDIC**

# Automated Payment Authorization Form For PNC Mortgages

**Instructions:** This Automated Payment Authorization Form must be signed by the PNC Borrower who must also be the Deposit Account Owner. Please confirm the information below that you selected with your prior servicer and sign where indicated.

**Important Information:**

- You will receive a confirmation letter once we have received this signed Authorization Form.
- You must contact PNC at least three (3) business days before your next payment due date if you wish to cancel this authorization.
- If you have questions, want to change your automated payment information, or if you need to cancel the automated payment service for your PNC account, please call us at 1-800-822-5626.

**Payment Information Definitions:** (Refer to your loan agreement for additional details)

- *Minimum Payment Due* = The minimum payment per the terms of your loan agreement.
- *Additional Principal Payment* = An additional amount (if any) above the minimum payment due. Subject to the terms of your loan agreement, any additional amount above the minimum payment will be applied to the principal balance only and cannot be applied as additional escrow funds.
- *Delay Days* = Allows for the payment withdrawal to be delayed between 1 and 14 days from your due date. If not indicated, then your payment will be made on your due date.

| Borrower(s) Named on PNC Mortgage: | PNC Loan Information: |
|---|---|
| JED ALAN GRAHAM | PNC Loan Account Number ending in: 2046 |

**Automated Payment Information**

**Deposit Account Routing Number:** ▉7766
**Deposit Account Number ending in:** 2413
**Deposit Account Type:** Checking
**Payment Amount:** Minimum Payment Due
**Additional Principal:** 0.00
**Delay Days:** 0

**Note:** Except for mortgage loans where delay days have been requested, the date that the payment is scheduled to transfer from your designated deposit account (your due date) will be shown each month on your account statement along with the payment amount. If your due date falls on a weekend or holiday, your automated payment will be scheduled to transfer from your deposit account on the following business day, but will still be credited to your account as of your due date.

**Signature of Deposit Account Owner**

*Important: The PNC Bank Borrower that is signing this form must be an authorized signer on the designated deposit account.*

I understand and accept the Automated Payment Terms and Conditions provided with this form, and I affirm that I am an authorized signer on the above referenced deposit account. I authorize PNC Bank to electronically withdraw funds from the deposit account and apply these funds to the PNC loan account each month there is a balance owed on my account.

I accept that automated payments will continue on my account until I, or PNC, cancel the service.

X _____

Signature                                               Name (please print)                                      Date

### Review, sign, and return this form

| **MAIL** Return this page in the enclosed postage-paid, self-addressed envelope | **E-MAIL** Scan this page, and email it to: LPACH@pnc.com. Please do not send any other communications to this email address. | **FAX** Fax this page to **1-855-291-2453** | **BRANCH** Take this page to a PNC Bank branch so a banker can scan or fax it as shown here. Go to pnc.com/locator to find a nearby bank branch. |
|---|---|---|---|

**SEE THE AUTOMATED PAYMENT TERMS AND CONDITIONS PROVIDED WITH THIS FORM**

# Automated Payment Terms and Conditions for PNC Mortgages

**Please keep for your records**

1. By enrolling in the Automated Payment Service (the "Service"), you are authorizing PNC Bank to make your loan payment each month by automatically transferring funds from the financial institution account specified by you.

2. The Service cannot be used to pay fees or additional escrow payments. Payments for fees or additional escrow must be remitted separately.

3. For first lien mortgages only, you may request for your automated payment to be made up to 14 calendar days after your mortgage payment due date ("Delay Days"), taking into consideration your late charge assessment date per your mortgage.

4. PNC Bank will send you a written confirmation of your authorization confirming your automated payment arrangement. Please review and confirm that the information.is accurate and report any errors or changes to PNC Bank immediately. You are responsible for making all payments on time if the automated payment information is inaccurate and automated payments cannot be drafted.

5. If we are unable to process your request to set up automated payments, we will notify you by mail regarding why the request could not be completed.

6. The "Automated Payment Date" is the payment due date, unless Delay Days have been selected.

7. If your loan is not in a current status, your automated payment will not be made, the Service may be cancelled, and you will be responsible for making your monthly payments on time using another payment method.

8. All notifications regarding automated payments sent by mail will be directed to the address on file for the PNC Bank Loan Account. To confirm or change the address on file, please contact us at 1-888-PNC-BANK (1-888-762-2265).

9. If your scheduled Automated Payment Date falls on a weekend or legal bank holiday, the automated payment will occur on the next business day, but the payment will be applied to your account as if the payment had been received on the Automated Payment Date.

10. Be sure to check your financial institution account statement to verify the date and amount of any automated payments initiated by PNC Bank. In the event of an error, please notify your financial institution and PNC Bank immediately.

11. Under the terms of your loan, your PNC Bank payment may change (for example, an escrow or adjustable rate change). The Service will adjust the amount of the automated payment from your financial institution account to accommodate these changes. If you have opted for an additional principal amount to be included with your automated payment each month, the additional principal amount will not change.

12. If you intend to remit an additional principal payment separately from the Service, mail your check to the PNC address in the "How to contact us" section below. Write "PRINCIPAL ONLY" on the memo portion of the check along with your loan account number. **NOTE:** Excess funds will be applied pursuant to the terms of your loan agreement.

13. You may request that PNC Bank make changes to the Service *(e.g., banking information, additional principal amounts, and/or Delay Days (if applicable))* by completing a new Automated Payment Authorization Form and either faxing it to 1-855-242-0633 or mailing it to the Automated Payment correspondence address below. Automated Payment Authorization Forms are available by calling our Customer Care Consultants or online (www.pnc.com/AutomatedPaymentForm)
**NOTE:** Please allow at least ten (10) business days prior to the next scheduled Automated Payment Date for PNC Bank to process your request.

14. Cancellations must be made at least three (3) business days before the next payment due date by using any of the following methods: (a) call Customer Service, (b) fax your request to 1-855-242-0633, (c) visit the nearest PNC Branch, (d) mail your request to the Automated Payment Correspondence address below.

15. You are responsible for making all payments on time following cancellation or other termination of the Service. The payment due date set forth in your loan agreement is unaffected by enrollment with or cancellation of the Service.

16. If your financial institution returns an automated payment unpaid for any reason, PNC Bank has the right to assess a reasonable fee, subject to applicable law. You are then responsible to remit that payment to PNC Bank. If your payment is not received before the end of your courtesy period, your payment for that period will be past due and a late payment fee will be assessed, subject to applicable law.

17. PNC Bank reserves the right to cancel or otherwise terminate the Service for any reason including, but not limited to your loan entering Bankruptcy, a Loss Mitigation program, or Foreclosure status.

18. How to contact us:
    a. PNC Customer Care Consultants are available at 1-888-PNC Bank (1-888-762-2265)
    b. Visit pnc.com/homehq and click on *Customer Service* to access account information, make payments and more – 24/7.
    c. Automated Payment Correspondence Address: PNC Bank – Automated Payments, Mailcode: B6-YM10-01-4, PO Box 1820, Dayton, OH 45401

0-749-10962-0000599-001-9-000-010-000-000

3.NF-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          160787-0624          LS-9702

 **PNC**

Rev. June 2024

| FACT | **WHAT DOES PNC DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and account transactions<br>• Credit scores and payment history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information, the reasons PNC chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does PNC share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), conduct portfolio analysis, respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | Yes |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For non-affiliates to market to you** | No | We don't share |

| To limit our sharing | • Call 1-800-762-2118 — our menu will prompt you through your choice(s)<br>• Visit us online: www.PNC.com/privacy (Online Banking customers only)<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call 1-800-762-2118 |

**Page 2**

| Who we are | |
|---|---|
| **Who is providing this notice?** | PNC Bank, National Association; PNC Investments, LLC; PNC Capital Advisors, LLC; PNC Capital Markets, LLC; Harris Williams, LLC; PNC Delaware Trust Company; PNC Ohio Trust Company; PNC Alternatives Solutions, LLC |

| What we do | |
|---|---|
| **How does PNC protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. <br><br> Additionally, PNC requires and trains its employees to comply with its privacy standards and policies, which are designed to protect customer information. |
| **How does PNC collect my personal information?** | We collect your personal information, for example, when you <br> • open an account or deposit money <br> • pay your bills or apply for a loan <br> • use your credit or debit card <br><br> We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only <br> • sharing for affiliates' everyday business purposes — information about your creditworthiness <br> • affiliates from using your information to market to you <br> • sharing for non-affiliates to market to you <br><br> State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account, unless you tell us otherwise. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br> • *Our affiliates include companies with the PNC name, and financial companies such as Harris Williams, LLC.* |
| **Non-affiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies. <br> • *PNC does not share with non-affiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br> • *Our joint marketing partners include mortgage and lending companies, insurance companies, and other companies that provide financial products and services.* |

| Other important information |
|---|
| **All statements to Federal Law mentioned above reference U.S. Federal Law. California and Vermont:** If your account has a California or Vermont billing address, we will automatically limit sharing your information with affiliates and non-affiliates or for joint marketing with other financial companies. **Nevada Residents Only:** This notice is provided to you pursuant to state law. To stop marketing calls from us, follow the directions in the section "To limit our sharing" to be placed on the PNC do not call list. Nevada law requires that we also provide you with the following contact information: Office of the Nevada Attorney General, telephone: 1-702-486-3132; email: aginfo@ag.nv.gov; 555 E. Washington Avenue, Suite 3900, Las Vegas, NV 89101. **PNC Information Sharing Options**: telephone: 1-800-762-2118; via PNC Online and Mobile Banking under Privacy Preferences. **Important information about phone calls, texts, prerecorded and email messages:** If, at any time, you provide to PNC Bank, its affiliates or designees (PNC) contact numbers that are wireless telephone number(s) including, but not limited to, cell or VoIP numbers, you are consenting to PNC using an automated dialing system to call or text you, or to send prerecorded messages to you, in order to service, and collect on, any PNC personal account(s) and business account(s) (for which you are an authorized signer, guarantor or designated contact person) but not to market to you. For any type of phone calls with PNC, you consent that the call may be monitored or recorded for quality control and training purposes. By providing your email address, you consent to receive electronic mail from PNC. |

0-749-10962-0000599-001-000-010-000-000



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 143    DAYTON OH

POSTAGE WILL BE PAID BY ADDRESSEE

PNC BANK - LOAN PERFECTION
B6-YM13-01-1
PO BOX 8800
DAYTON OH   45482-0340