**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JED GRAHAM,

     Plaintiff,

                              Case No.: 5:26-cv-00054-AGM-PRL

v.

PNC BANK, NATIONAL
ASSOCIATION; ACOPIA, LLC; and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"),

     Defendants.

_____/

## CERTIFICATION OF COMPLIANCE WITH RULE 11

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries 1, 2, 5, 8, 27, 28, 30, 37, 39, and 47 by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

Dated: May 29, 2026          Respectfully Submitted:

                                  /s/ *Lauren G. Raines*
                              **Lauren G. Raines | FBN: 11896**
                              Primary Email: lraines@bradley.com
                              Secondary Email: jbrandt@bradley.com
                              **Jessica Noelle Faucher | FBN: 1070452**
                              Primary Email: jfaucher@bradley.com
                              Secondary Email: mphilippe@bradley.com
                              **BRADLEY ARANT BOULT CUMMINGS LLP**
                              1001 Water Street, Suite 1000

1

4911-1462-2640.1

Tampa, Florida 33602-5468
T: (813) 559-5500 | F: (813) 229-5946
*Counsel for Defendants, PNC Bank, National Association and Federal National Mortgage Association ("Fannie Mae")*

## CERTIFICATION UNDER PENALTY OF PERJURY THAT ARTIFICIAL INTELLIGENCE WAS NOT USED IN THE PREPARATION OF THIS FILING

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2026, a true and correct copy of the foregoing was filed via PACER Federal Court Filing System, which will generate and send an electronic copy to all counsel of record, and by E-Mail to the recipients listed below:

**Via: E-mail**
Jed Graham
6234 Danielson Loop
The Villages, Florida 32163
jedgrahammd@gmail.com

_/s/  Lauren G. Raines_
**ATTORNEY**

3

4911-1462-2640.1