IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JED GRAHAM

      Plaintiff,                              Case No.: 5:26-cv-00054-AGM-PRL

vs.

ACOPIA, LLC; PNC BANK NATIONAL
ASSOCIATION; SALLIE MAE, INC.;
and any and all SUCCESSOR ENTITIES,
SERVICERS, ASSIGNEES, OR TRANSFEREES,

      Defendants.

_____/

### DEFENDANT, ACOPIA, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS (D.E. 36) SECOND AMENDED COMPLAINT (D.E. 33) WITH INCORPORATED MEMORANDUM OF LAW

Defendant, Acopia, LLC ("Acopia"), by and through undersigned counsel, hereby withdraws its motion to dismiss (D.E. 36) Plaintiff, Jed Graham's ("Plaintiff" or "Graham") Second Amended Complaint (D.E. 33) (the "Complaint"), in that said motion to dismiss was prepared with a form of Artificial Intelligence, and that Acopia could not confirm that all cases cited therein, are verifiable, non-hallucinated, or stand exactly for the proposition so stated. Acopia intends to file a new motion to dismiss that is prepared with assistance from Lexis' Protégé AI that can and has confirmed that all citations are verifiable, non-hallucinated, sherardized and stand for the proposition for which they are stated.

      Respectfully submitted,

                              Nason Yeager Gerson Harris & Fumero, P.A.
                              *Counsel for Defendant Acopia, LLC*
                              3001 PGA Blvd., Suite 305
                              Palm Beach Gardens, FL 33410
                              Tel: (561) 982-7114
                              *ireich@nasonyeager.com*
                              *etorres@nasonyeager.com*

1

4908-4546-5270, v. 1

*llavander@nasonyeager.com*
*jheredia@nasonyeager.com*

By: */s/ Ivan J. Reich*
        IVAN J. REICH (Fla. Bar No. 778011)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing is being served this 19th day of

June 2026, upon all parties entitled to receive service through this Court's CM/ECF system, and

via email upon Plaintiff at <u>jedgrahammd@gmail.com</u>, and PNC's counsel, Lauren G. Raines, Esq.,

@ <u>lraines@bradley.com</u>, and Jessica Noelle Faucher, Esq., @ jfaucher@bradley.com.

                    */s/ Ivan J. Reich*
                    Ivan J. Reich

2

4908-4546-5270, v. 1