## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JED GRAHAM,**

       **Plaintiff,**

    v.

**PNC BANK, NATIONAL
ASSOCIATION,  ACOPIA, LLC,
SALLIE MAE, INC.,  ANY AND ALL
SUCCESSOR ENTITIES, SERVICERS,
ASSIGNEES, OR TRANSFEREES,**

       **Defendants,**

_____/

**Case No.: 5:26-cv-00054-AGM-PRL**

## ORDER

This removal action is before the Court for consideration of pro se Plaintiff's motion requesting leave to file a response to Acopia's motion for summary judgment and for an extension of time until July 28, 2026, to file a response to Acopia's motion to dismiss. (Doc. 61). Plaintiff recites that Acopia does not oppose the relief requested.

Accordingly, upon due consideration, Plaintiff's motion (Doc. 61) is **GRANTED**. Plaintiff's response to Acopia's motion for summary judgment (Doc. 62) shall remain as filed, and Plaintiff shall have until July 28, 2026, to file a response to Acopia's motion to dismiss.

**DONE** and **ORDERED** in Ocala, Florida on July 16, 2026.

_____

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties