IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JED GRAHAM

Plaintiff, Case No.: 5:26-cv-00054-AGM-PRL

vs.

ACOPIA, LLC; PNC BANK NATIONAL ASSOCIATION; SALLIE MAE, INC.; and any and all SUCCESSOR ENTITIES, SERVICERS, ASSIGNEES, OR TRANSFEREES,

Defendants.
_________________________________________/

**DEFENDANT, ACOPIA, LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

Defendant, Acopia, LLC ("Acopia"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, and Local Rule 3.03, certifies as follows:

## I. Recusal Information

1. Acopia is a Tennessee Limited Liability Company and has no parent corporation or any publicly held corporation holding 10% or more of the filer's shares.

2. Acopia knows of no entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

3. Acopia knows of no lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

4. Acopia knows of no entity or natural person not already disclosed and likely to actively participate in this action.

5. Acopia knows of no conflict of interest affecting the district judge or the magistrate

judge in this action.

**CERTIFICATE**

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Respectfully submitted,

Nason Yeager Gerson Harris & Fumero, P.A.
*Counsel for Defendant Acopia, LLC*
3001 PGA Blvd., Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 982-7114
*ireich@nasonyeager.com*
*raldama@nasonyeager.com*
*llavander@nasonyeager.com*
*jheredia@nasonyeager.com*

By: */s/ Ivan J. Reich*
IVAN J. REICH (Fla. Bar No. 778011)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing is being served upon all parties entitled to receive service through this Court's CM/ECF system, and via email upon Plaintiff at jedgrahammd@gmail.com, and PNC's counsel, Lauren G. Raines, Esq., @ lraines@bradley.com, and Jessica Noelle Faucher, Esq., @ jfaucher@bradley.com.

/s/ *Ivan J. Reich*
Ivan J. Reich