# STANDING ORDER ESTABLISHING SUMMARY JUDGMENT PROCEDURE

THIS CAUSE comes before the Court on review of the motion for summary judgment filed in this case. Under Rule 56 of the Federal Rules of Civil Procedure, when a motion for summary judgment is filed "[t]he court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."

Rule 56(c) requires that "[a] party asserting that a fact cannot be or is genuinely disputed must support the assertion" by "citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials," or "showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible evidence to support the fact." Rule 56(e) provides that the court may consider a fact undisputed "[i]f a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c)."

Consistent with Rule 56(e)(2), a summary judgment procedure is established below to facilitate the Court's efficient determination whether a party has either failed "to properly support an assertion of fact" or failed "to properly address another party's assertion of fact" as required by Rule 56(c).

Briefing on the motion for summary judgment is closed. Nothing in this Standing Order (1) reopens that briefing or (2) permits or invites new or renewed argument. The procedure established in this Standing Order is not "an opportunity to properly support or address" those facts that were not previously supported or addressed in the previously-filed motion, response, or reply. *See* Rule 56(e)(1).

## I. Movant's Statement of Facts

**A. Movant's Statement of Facts Required.** Unless excused in paragraph I(F) below, the movant[1] must create and serve on the non-movant[2] a Word document individually listing every fact the movant asserted was undisputed in the motion for summary judgment (the "**Movant's Statement of Facts**"). The Movant's Statement of Facts must cite to the record evidence supporting that

[1] "Movant" means the party that filed the motion for summary judgment.
[2] "Non-movant" means the party responding in opposition to a motion for summary judgment.

fact and cite to the page number where that statement of fact (and its supporting record citation) can be found in the motion for summary judgment.

B. **Required Format for Movant's Statement of Facts.** The format required for a Movant's Statement of Facts is shown in **Exhibit A** below. No other format should be used. Because the entire purpose of this Standing Order is to promote judicial economy and efficiency by compelling a uniform procedure, if the movant uses any other format the motion for summary judgment may be denied without prejudice.

C. **Deadline.** The deadline to serve the Movant's Statement of Facts is 10 days from the date of this Standing Order. A motion to extend this deadline will be disfavored, and denial of such a request should be anticipated absent a compelling reason.

D. **Manner of Service.** The Movant's Statement of Facts must be served on the non-movant by email. The email should be sent to the email address listed for counsel or the unrepresented party on the Court's docket.

E. **Requirement to File Notice of Compliance Within Ten Days.** After the movant serves the Word document on the non-movant, the movant must notify the Court that the movant complied with this procedure. To do this, the movant must file a Notice of Compliance with Standing Order Establishing Summary Judgment Procedure (the "**Movant's Notice of Compliance**"). The deadline to file the Movant's Notice of Compliance is 10 days from the date of this Order. If the Movant's Notice of Compliance is not timely filed, the motion for summary judgment may be denied without prejudice.

F. **Circumstances Under Which Movant is Excused from the Requirement of Serving a Statement of Facts.** The movant is excused from these requirements under only two circumstances.

1. **Incarcerated Pro Se Parties.** Cases involving an incarcerated pro se litigant are exempted from the requirements of this Order; and

2. **Pro Se Parties Who Have Chosen Not to Provide an Email Address.** A movant is excused from the requirement to prepare and serve a Movant's Statement of Facts if the non-movant is a pro se litigant for whom no email address is listed on the Court's docket. In those cases, the movant must file a Notice of Excusal 10 days from the date of this Order and the non-movant must prepare the Combined

Statement of Facts, taking the movant's facts verbatim from the motion for summary judgment.

## II. Combined Statement of Facts

A. **Non-Movant Required to File a Combined Statement of Facts.** The non-movant must file with the Court a combined statement of facts (the "**Combined Statement of Facts**") 20 days from the date of this Standing Order, unless the non-movant is excused in paragraph II(E). For avoidance of doubt, unless excused in paragraph II(E), the non-movant is required to file a Combined Statement of Facts even if the movant does not serve a Movant's Statement of Facts.[3]

B. **Required Format for Combined Statement of Facts.** The format required is shown in **Exhibit B** below. No other format should be used. The Combined Statement of Facts must include the non-movant's response directly below each separately-numbered fact from the Movant's Statement of Facts. If the movant was excused in paragraph I(F) above, then the non-movant must take the movant's facts verbatim from the motion for summary judgment and include the non-movant's response directly below each separately-numbered fact. The non-movant's responses in the Combined Statement of Facts may not raise new facts or cite record evidence not included in the non-movant's previously-filed response to the motion for summary judgment. If the non-movant responds that a fact listed in the Movant's Statement of Facts is "disputed," then the Combined Statement of Facts must provide (1) a record citation for the evidence that creates a dispute of fact and (2) the page on which the Court will find *the same record citation* in the previously-filed response to the motion for summary judgment. If the previously-filed response to the motion for summary judgment failed to dispute a fact or failed to cite record evidence, then pursuant to Rules 11(b) and 56(a) and (e) of the Federal Rules of Civil Procedure, the non-movant should acknowledge that the fact is "Admitted."

C. **Deadline to File.** The non-movant must file the Combined Statement of Facts 20 days from the date of this Order. A motion to extend this deadline will be disfavored, and denial of such a request should be anticipated absent a compelling reason.

---

[3] If the movant was obligated to file a Movant's Statement of Facts and fails to comply with this Standing Order, the non-movant may raise that issue to the Court's attention in a footnote in the Combined Statement of Facts. However, motion practice relating to this Standing Order is highly disfavored.

**D. Combined Statement of Facts to be Emailed to Chambers.** On the same day that the Combined Statement of Facts is filed, the non-movant must email the Word document containing the Combined Statement of Facts to Chambers_FLMD_Moe@flmd.uscourts.gov.

**E. Circumstances Under Which Non-Movant is Excused from the Requirement of Filing the Combined Statement of Facts.** The non-movant is excused from the requirement to file a Combined Statement of Facts if the movant is an incarcerated pro se party. If the movant is an incarcerated pro se party, the non-movant should file a Notice of Exemption from the requirements of this Order within 10 days of the date of this Order.

## III. Procedure for Cross-Motions for Summary Judgment

**A.** If there are cross-motions or more than one motion for summary judgment, the procedure established in this Standing Order will apply to each motion. Compliance with this procedure will be considered separately for each motion.

## IV. Failure to Comply

**A. Movant's Failure to Serve Statement of Facts.** The movant's failure to serve a Statement of Facts may result in sanctions, including but not limited to denial of the motion without prejudice, dismissal of the case, entry of a default, monetary sanctions, striking of pleadings, or any other relief the Court deems appropriate under the circumstances. However, motion practice relating to this Standing Order will be highly disfavored and the Court will make its own determination when sanctions are appropriate under the circumstances.

**B. Non-Movant's Failure to File Combined Statement of Facts.** If the Combined Statement of Facts is not timely filed, then the non-movant's previously-filed response to the motion for summary judgment may be stricken, the motion for summary judgment may be considered unopposed, and the motion for summary judgment may be granted as unopposed, if entitlement to summary judgment is otherwise established. A failure to timely comply may also result in sanctions, including but not limited to dismissal of the case, entry of a default, monetary sanctions, striking of pleadings, or any other relief the Court deems appropriate under the circumstances. No failure or deficiency in the movant's compliance will excuse the non-movant's obligation to timely file the Combined Statement of Facts. In any event, motion practice relating to this Standing Order will be highly disfavored and the Court will make its own determination when sanctions are appropriate under the circumstances.

C. **Status as a Pro Se Litigant Not an Excuse.** A party's status as a pro se litigant will not excuse the need to timely comply with this Standing Order, unless the non-movant is a currently-incarcerated pro se litigant.

D. **Resources for Litigants Without Lawyers.** Pro se litigants are encouraged to review the Middle District of Florida's Guide for Proceeding Without a Lawyer (the "Guide"), available at www.flmd.uscourts.gov under the "For Litigants" and "Litigants Without Lawyers" tabs.

E. **Non-Election to Receive Notices of Electronic Filings Not an Excuse.** In the Middle District of Florida, a pro se litigant who is not incarcerated may consent to receive notices of electronic filing by email, with certain limited exceptions. To elect to receive notices of electronic filing by email, a pro se litigant should go to: https://apps.flmd.uscourts.gov/proseNEF/. The fact that a litigant does not elect to receive notices of electronic filings will not excuse a failure to timely comply with this Order.

**DONE** and **ORDERED** in Chambers in Orlando, Florida this 1st day of October, 2026.

**ANNE-LEIGH GAYLORD MOE**
UNITED STATES DISTRICT JUDGE

**Copies to:**
Counsel of Record
Unrepresented Parties

**Exhibit A**

**MOVANT'S STATEMENT OF FACTS**

1. Fact recited by the movant. Citation(s) to record evidence supporting the fact. Citation to the docket entry of the motion for summary judgment and the page number on which this fact and supporting record citation appears, as follows: (Doc. # ___, p. ___).

2. Next fact recited by the movant. Citation(s) to record evidence supporting the fact. Citation to the docket entry of the motion for summary judgment and the page number on which this fact and supporting record citation appears, as follows: (Doc. # ___, p. ___).

*Example Movant's Statement of Facts:*

**MOVANT'S STATEMENT OF FACTS**

1. The light was green. Transcript of Deposition of John Smith, 24:22.[4] (Doc. # 23, p. 16.)

2. The sky is blue. Affidavit of Jane Doe, p. 2, ¶ 3. (Doc. # 23, p. 18.)

[4] In this citation, 24:22 means page 24 of the deposition, line 22.

**Exhibit B**

**COMBINED STATEMENT OF FACTS**

1. Fact recited by the movant. Citation(s) to record evidence supporting the fact. Citation to the docket entry of the motion for summary judgment and the page number on which this fact and supporting record citation appears, as follows: (Doc. # ___, p. ___).

**RESPONSE:** Statement by non-movant that the fact is either admitted or disputed. If disputed, citation(s) to record evidence showing the dispute. Citation to the docket entry of the response to the motion for summary judgment and the page number on which this fact appears, as follows: (Doc. # ___, p. ___.)

2. Next fact recited by the movant. Citation(s) to record evidence supporting the fact. Citation to the docket entry of the motion for summary judgment and the page number on which this fact and supporting record citation appears, as follows: (Doc. # ___, p. ___).

**RESPONSE:** Statement by non-movant that the fact is either admitted or disputed. If disputed, citation(s) to record evidence showing the dispute. Citation to the docket entry of the response to the motion for summary judgment and the page number on which this fact appears, as follows: (Doc. # ___, p. ___.)

*Example Combined Statement of Facts:*

**COMBINED STATEMENT OF FACTS**

1. The light was green. Transcript of Deposition of John Smith, 24:22. (Doc. # 23, p. 16.)

**RESPONSE:** Disputed. Transcript of Deposition of Jane Doe, 189:2. (Doc. # 25, p. 6.)

2. The sky is blue. Affidavit of Jane Doe, p. 2, ¶ 3. (Doc. # 23, p. 18.)

**RESPONSE:** Admitted. On review of the previously-filed response, the non-movant acknowledges that it did not cite any record evidence that creates a dispute over this fact.