UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JED GRAHAM,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-54-AGM-PRL**

**PNC BANK, NATIONAL ASSOCIATION,**

**Defendant.**

---

**ORDER**

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. # 71). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **December 10, 2026**. Failure to timely comply with this Order will result in the Court's appointment of a mediator.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 10, 2026.

**ANNE-LEIGH GAYLORD MOE**
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties